UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK W. RICHARDSON,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF LABOR - OFFICE OF WORKERS COMPENSATION PROGRAMS,<br><br>    Defendant. | Cause No. C20-0923RSL<br><br>ORDER GRANTING EXTENSION OF TIME |

  This matter comes before the Court on plaintiff's motion for an extension of time in which to file a motion for leave to amend the complaint. Dkt. # 18. The motion is unopposed and therefore GRANTED. Plaintiff may, on or before September 15, 2021, file a motion for leave to amend with a proposed amended complaint for the Court's review, in compliance with Local Civil Rule 15. Failure to file a motion for leave to amend on or before September 15, 2021, will result in the entry of judgment in favor of defendant.

  Dated this 26th day of July, 2021.

             /s/ Robert S. Lasnik
             Robert S. Lasnik
             United States District Judge

ORDER GRANTING EXTENSION
OF TIME - 1