UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK W. RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Cause No. C20-0923RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on plaintiff's "Motion for Leave to Amend Complaint." Dkt. # 20. Defendant does not oppose the motion, and the parties have agreed that defendant will have 60 days in which to file its response. The motion to amend is therefore GRANTED. Plaintiff may file his amended complaint, and defendant will have 60 days from the date of filing in which to respond.

Dated this 24th day of September, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT - 1