UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK W. RICHARDSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　Defendant. | CASE NO. 20-0923-LK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

　　　　This matter comes before the Court on Plaintiff's Motion to Continue, Pause, or Extend Proceedings in which Plaintiff seeks to "pause/extend these proceedings" due to his two recent spinal surgeries. Dkt. No. 29. Plaintiff, who is proceeding pro se, does not request a stay of a specific period of time or specify which deadlines he seeks to extend. He submitted a letter from a physician requesting that the Court proceedings be continued for at least six weeks, until February 3, 2022, to allow Plaintiff to recover from his surgeries. *Id.* at 4.

　　　　It appears that the only deadline currently pending is the January 12, 2022 deadline to submit a joint status report. Dkt. No. 17. It is unclear whether, despite Plaintiff's surgeries, the

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME - 1

parties conducted a Rule 26(f) conference or exchanged initial disclosures by the deadlines set forth in that order. *Id.* Defendants have responded to the motion and stated that they support Plaintiff's motion for a continuance because Defendants are currently acting on Plaintiff's underlying applications and claims under the Federal Employees Compensation Act ("FECA"), and the additional time may render the claims in this case moot. Dkt. No. 30.

Based on the foregoing, the Court finds good cause for an extension of the deadline to submit a joint status report to allow Plaintiff to recover from his surgeries and to determine if the claims will be rendered moot. Accordingly, the Court GRANTS Plaintiff's Motion, Dkt. #29.

The Clerk is directed to issue a new Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement with dates no earlier than February 3, 2022, and to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 12th day of January, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME - 2